**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| **MITSUKO MAEDA**  \*<br>**3-8-16 Hatahara-Dori**<br>**Nada-Ku, Kobe**  \*<br>**Hyogo**<br>**657-0822**  \*<br>**Japan**<br>  \*<br>  Petitioner,<br>  \*   Civil No.:<br>v.<br>  \*<br>**TOMMY KWOKWING WONG**<br>**612 Cedarday Drive**  \*<br>**Bel Air, Maryland 21015**<br>  \*<br>  Respondent.<br>  \* | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## SHOW CAUSE ORDER

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. § 9001** *et seq.*

Before the Court is the Verified Petition for Return of Children to Japan and Request for Issuance of Show Cause Order (the "Petition for Return"). This Order addresses only the Petitioner's request for the issuance of a Show Cause Order, and makes no determination as to the merits of the Petition for Return. Upon considering the Petition for Return, the Convention, and ICARA, it is this _____ day of _____, 2019:

1.     **ORDERED**, that the Petitioner, Mitsuko Maeda (the "Petitioner"), and the Respondent, Tommy Kwokwing Wong (the "Respondent"), are prohibited from removing the children, T.M., born in 2009, and H.M., born in 2011 (the "children"), or causing the children to

1

be removed from the jurisdiction of this Court, pending final disposition of the above-referenced Petition for Return; and it is further

2. **ORDERED**, that the Respondent shall appear, with the children, before this Court on the _____ day of _____, 2019, at _____ a.m./p.m. in Courtroom _____ of the United States District Court for the District of Maryland, located at 101 W. Lombard Street, Baltimore, Maryland 21201. The initial appearance shall be considered an initial show cause hearing and scheduling hearing, so that the Court can confirm that the children are physically located within the jurisdiction of this Court, and so that a date may be set for an expedited evidentiary hearing on the merits of the Petition for Return. The Respondent may appear with or without counsel; and it is further

3. **ORDERED**, that if the Respondent either fails to appear on the _____ day of _____, 2019 at _____ a.m./p.m. with the children, or removes the children or causes the children to be removed from the jurisdiction of this Court, the Court may issue a warrant for the arrest of the Respondent and appearance for a contempt hearing; and it is further

4. **ORDERED**, that a copy of this Order, and a copy of the Petition for Return, together with all attachments and all other filings, shall be served upon the Respondent on or before the _____ day of _____, 2019, by the United States Marshal; and it is further

5. **ORDERED**, that at the Show Cause Hearing, the Respondent shall surrender any passports and other travel documents for the children in his possession, custody, or control and shall surrender any passports and other travel documents for the Respondent to this Court for safekeeping by the Clerk of Court; and it is further

6.      **ORDERED**, that the Petitioner is not required to appear at the initial show cause hearing and scheduling hearing, as long as the Petitioner's counsel appears on her behalf and has full authority from the Petitioner to schedule the expedited evidentiary hearing and all related deadlines.

DATED this _____ day of _____, 2019.

_____
United States District Judge
United States District Court
  for the District of Maryland