# EXHIBIT A

# Keiko Imazato

| | |
|---|---|
| Mailing Address: | Mugita Law Office, 2-14-13 #601, Minato-ku, Akasaka, Tokyo, Japan 107-0052 |
| Telephone Number: | +81-3-5562-0571 |
| E-mail: | imazatok@tkh.att.ne.jp |

**License and Professional Affiliation:**
Attorney-at-law (Admitted to practice in Japan in 1988; State of New York in 1996);
Collaborative Practice Lawyer;
MiKK (Germany) Certified Cross Border Family Dispute Mediator

**Public Service:**
Conciliator, Tokyo Summary Court; Neutral Evaluator, Tokyo District Court (22nd Division); Mediator, Tokyo Metropolitan Government (Construction Dispute over Mid-rise and Hi-rise Buildings); Mediator, International Family Disputes ADR Center of Tokyo Bar Association; Human Rights Protection Commission Member (Ministry of Justice); Chair of Hague Abduction Convention Committee of Tokyo Bar Association; Member of Working Committee on Hague Abduction Convention of Japan Federation of Bar Associations.

**Education:**
George Washington University (LL.M), 1994
Kyoto University (B.A.), 1979

**Practice Area:**
Corporate Law; Insurance Law; Litigation; International Transactions; International and Domestic Family Law including Hague Abduction Outgoing Case, Incoming Cases.

**Experience:**
Speaker, Cross-border Mediation Session at LAWASIA Sydney Conference;
Lecturer of Hague Convention Seminars by Central Authority of Japan