# EXHIBIT B

(1 / 2pages) | Complete Certificate

| | |
|---|---|
| Permanent domicile<br><br>Name | 3-7-1 Hatahara-Dori, Nada-ku, Kobe, Hyogo<br>**MAEDA MITSUKO** |
| Matters of the Family Register<br>　Organization of<br>　　Family Register | 【Date of organization】May 14, 2007 |
| Person recorded in the Family Register | 【Name】 **MITSUKO**<br>【Date of birth】April 9, 1962　　【Marital status】wife<br>【Father】MAEDA MIYOJI<br>【Mother】MAEDA IKUKO<br>【Relationship】First daughter |
| Matters of the personal status<br><br>　　Birth<br><br><br><br>　　Marriage | 【Date of birth】April 9, 1962<br>【Place of birth】Neyagawa City, Osaka<br>【Date of notification】April 20, 1962<br>【Person who made the notification】father<br>【Date of receipt of the notification】April 25, 1962<br>【Person who received the notification】Mayor of Neyagawa City, Osaka<br><br>【Date of marriage】May 14, 2007<br>【Name of spouse】TOMMY KWOKWING WONG<br>【Nationality of the spouse】The United States of America<br>【Date de birth of the spouse】November 11, 1949<br>【Previous family register】MAEDA MIYOJI, 3-7, Hatahara-Dori Nada-ku, Kobe, Hyogo |
| Person recorded in the Family Register | 【Nome】**T▮▮▮**<br><br>【Date of birth】▮▮▮▮▮▮▮, 2009<br>【Father】TOMMY KWOKWING WONG<br>【Mother】MAEDA MITSUKO<br>【Relationship】first son |
| Matters of the personal status<br>　　Birth | 【Birth date】▮▮▮▮▮▮▮, 2009<br>【Place of birth】Kita-ku, Kobe, Hyogo<br>【Date of notification】November 20, 2009<br>【Person who made the notification】mother |
| Person recorded in the Family Register | 【Nome】**H▮▮▮▮▮▮**<br><br>【Date of birth】▮▮▮▮▮▮▮, 2011<br>【Father】TOMMY KWOKWING WONG<br>【Mother】MAEDA MITSUKO<br>【Relationship】first daughter |

[Number of issue 　00027216-20190725 -Kobe City ここに入力]

|  | (2/2pages)　　　Complete Certificate |
|---|---|
| Matters of the personal status<br>　　　Birth | 【Birth date】 ▮▮▮▮▮▮▮,2011<br>【Place of birth】Kita-ku, Kobe, Hyogo<br>【Date of notification】February 7, 2011<br>【Person who made the notification】mother<br><div align="right">r</div> |
|  | (The following is blank) |

This is a document certifying all matters recorded in the Family Register.
　　July 25, 2019
　　　　　　　　　　　　Mayor of Nada-ku　　HIROSE MAKIKO　　　　　　(Seal

[Number of issue　　00027216-20190725 -Kobe City ここに入力]

[8]

|  |  | （2の1） | 全 部 事 項 証 明 |
|---|---|---|---|
| 本　　籍 | 兵庫県神戸市灘区畑原通三丁目7番地1 | | |
| 氏　　名 | 前田　美子 | | |

| 戸籍事項 戸籍編製 | 【編製日】平成19年5月14日 |
|---|---|

| 戸籍に記録されている者 | 【名】美子<br>【生年月日】昭和37年4月9日　　　　【配偶者区分】妻<br>【父】前田美代治<br>【母】前田郁子<br>【続柄】長女 |
|---|---|
| 身分事項<br>　　出　　生 | 【出生日】昭和37年4月9日<br>【出生地】大阪府寝屋川市<br>【届出日】昭和37年4月20日<br>【届出人】父<br>【送付を受けた日】昭和37年4月25日<br>【受理者】大阪府寝屋川市長 |
| 　　婚　　姻 | 【婚姻日】平成19年5月14日<br>【配偶者氏名】ウォング，トミークオックウィング<br>【配偶者の国籍】アメリカ合衆国<br>【配偶者の生年月日】西暦1949年11月11日<br>【従前戸籍】兵庫県神戸市灘区畑原通三丁目7番地　前田美代治 |

| 戸籍に記録されている者 | ▓▓▓▓<br><br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>【父】ウォング，トミークオックウィング<br>【母】前田美子<br>【続柄】長男 |
|---|---|
| 身分事項<br>　　出　　生 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>【出生地】兵庫県神戸市北区<br>【届出日】平成21年11月20日<br>【届出人】母 |

| 戸籍に記録されている者 | ▓▓▓▓<br><br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>【父】ウォング，トミークオックウィング<br>【母】前田美子<br>【続柄】長女 |
|---|---|

発行番号　00027216-20190725-218　神戸市　　　　　　　　　　　　　　　　以下次頁



（2の2） 全 部 事 項 証 明

| 身分事項<br>出　生 | 【出生地】兵庫県神戸市北区<br>【届出日】平成２３年２月７日<br>【届出人】母 |
|---|---|
| | 以下余白 |

発行番号　00027216-20190725-218　神戸市
これは，戸籍に記録されている事項の全部を証明した書面である。

令和元年７月２５日

神戸市灘区長　廣瀬　万希子

