# EXHIBIT C

第四章　親権

Chapter IV Parental Authority

第一節　総則

Section 1 General Provisions

（親権者）

(Person Who Has Parental Authority)

第八百十八条　成年に達しない子は、父母の親権に服する。

Article 818　(1)　A child who has not attained the age of majority shall be subject to the parental authority of his/her parents.

2　子が養子であるときは、養親の親権に服する。

(2)　If a child is an adopted child, he/she shall be subject to the parental authority of his/her adoptive parents.

3　親権は、父母の婚姻中は、父母が共同して行う。ただし、父母の一方が親権を行うことができないときは、他の一方が行う。

(3)　Parental authority shall be exercised jointly by married parents; provided that if either parent is incapable of exercising parental authority, the other parent shall do so.

（離婚又は認知の場合の親権者）

(Person Who Has Parental Authority in the Case of Divorce or Recognition)

第八百十九条　父母が協議上の離婚をするときは、その協議で、その一方を親権者と定めなければならない。

Article 819　(1)　If parents divorce by agreement, they may agree upon which parent shall have parental authority in relation to a child.

2　裁判上の離婚の場合には、裁判所は、父母の一方を親権者と定める。

(2)　In the case of judicial divorce, the court shall determine which parent shall have parental authority.

3　子の出生前に父母が離婚した場合には、親権は、母が行う。ただし、子の出生後に、父母の協議で、父を親権者と定めることができる。

(3)　In the case where parents divorce before the birth of a child, the mother shall exercise parental rights and duties; provided that the parties may agree that the father shall have parental authority after the child is born.

4　父が認知した子に対する親権は、父母の協議で父を親権者と定めたときに限り、父が行う。

(4)  A father shall only exercise parental authority with regard to a child of his that he has affiliated if both parents agree that he shall have parental authority.

5　第一項、第三項又は前項の協議が調わないとき、又は協議をすることができないときは、家庭裁判所は、父又は母の請求によって、協議に代わる審判をすることができる。

(5)  When the parents do not, or cannot, make the agreements referred to in paragraph (1), paragraph (3), and thepreceding paragraph, the family court may, at the request of the father or the mother, make a ruling in lieu of agreement.

6　子の利益のため必要があると認めるときは、家庭裁判所は、子の親族の請求によって、親権者を他の一方に変更することができる。

(6)  The family court may, at the request of any relative of the child, rule that the other parent shall have parental authorityin relation to the child if it finds it necessary for the interests of the child.

第二節　親権の効力

Section 2 Effect of Parental Authority

（監護及び教育の権利義務）

(Right and Duty of Care and Education)

第八百二十条　親権を行う者は、子の利益のために子の監護及び教育をする権利を有し、義務を負う。

Article 820　A person who exercises parental authority holds the right, and bears the duty, to care for and educate the childfor the child's interests.

（居所の指定）

(Determination of Residence)

第八百二十一条　子は、親権を行う者が指定した場所に、その居所を定めなければならない。

Article 821　Residence of a child shall be determined by a person who exercises parental authority.

（懲戒）

(Discipline)

第八百二十二条　親権を行う者は、第八百二十条の規定による監護及び教育に必要な範囲内でその子を懲戒することができる。

Article 822　A person who exercises parental authority may discipline the child to the extent necessary for the care andeducation under the provisions of Article 820.

（職業の許可）

(Permission for Occupation)

第八百二十三条　子は、親権を行う者の許可を得なければ、職業を営むことができない。

Article 823　(1)　A child may not have an occupation without the permission of a person who exercises parental authority.

2　親権を行う者は、第六条第二項の場合には、前項の許可を取り消し、又はこれを制限することができる。

(2)　A person who exercises parental authority may revoke or limit the permission referred to in the preceding paragraph in the case referred to in paragraph (2) of Article 6.

　　（財産の管理及び代表）

(Administration and Representation over Property)

第八百二十四条　親権を行う者は、子の財産を管理し、かつ、その財産に関する法律行為についてその子を代表する。ただし、その子の行為を目的とする債務を生ずべき場合には、本人の同意を得なければならない。

Article 824　A person who exercises parental authority shall administer the property of the child and represent the child in any legal juristic act in respect of the child's property; provided, however, that if an obligation requiring an act of the child is to be created, the consent of the child shall be obtained.

　　（父母の一方が共同の名義でした行為の効力）

(Effect of Acts Done by One Parent in the Name of Both Parents)

第八百二十五条　父母が共同して親権を行う場合において、父母の一方が、共同の名義で、子に代わって法律行為をし又は子がこれをすることに同意したときは、その行為は、他の一方の意思に反したときであっても、そのためにその効力を妨げられない。ただし、相手方が悪意であったときは、この限りでない。

Article 825　Where parents exercise parental authority jointly and one parent, in the name of both parents, performs a juristic act on behalf of a child, or give his/her consent for the child to perform a juristic act, the effect of that act shall not be prevented, even if it is contrary to the intention of the other parent; provided, however, that this shall not apply if the other party has knowledge.

　　（利益相反行為）

(Conflict of Interest)

第八百二十六条　親権を行う父又は母とその子との利益が相反する行為については、親権を行う者は、その子のために特別代理人を選任することを家庭裁判所に請求しなければならない。

Article 826   (1)   If an act involves a conflict of interest between a father or mother who exercises parental authority and a child, a person who exercises parental authority shall apply to the family court to have a special representative for the child appointed.

2　親権を行う者が数人の子に対して親権を行う場合において、その一人と他の子との利益が相反する行為については、親権を行う者は、その一方のために特別代理人を選任することを家庭裁判所に請求しなければならない。

(2)   In the case where a person exercises parental authority for more than one child, if there is an act which involves a conflict of interest between one child and the other child or children, a person who exercises parental authority shall apply to have a special representative for that child appointed.

（財産の管理における注意義務）

(Duty of Care in Administration of Property)

第八百二十七条　親権を行う者は、自己のためにするのと同一の注意をもって、その管理権を行わなければならない。

Article 827   A person who exercises parental authority shall exercise the right of administration of property with the same care he/she would exercise for him/herself.

（財産の管理の計算）

(Accounts of Administration of Property)

第八百二十八条　子が成年に達したときは、親権を行った者は、遅滞なくその管理の計算をしなければならない。ただし、その子の養育及び財産の管理の費用は、その子の財産の収益と相殺したものとみなす。

Article 828   When a child attains the age of majority, a person who exercised parental authority shall account for the administration of property without delay; provided, however, that the expenses incurred in the care of the child and the administration of property shall be deemed to have been set-off against the profits from the child's property.

第八百二十九条　前条ただし書の規定は、無償で子に財産を与える第三者が反対の意思を表示したときは、その財産については、これを適用しない。

Article 829   If a third party who has granted property to a child gratuitously indicates a contrary intention, the provision of the proviso to the preceding Article shall not apply to that property.

（第三者が無償で子に与えた財産の管理）

(Administration of Property Given to Child by Third Party Gratuitously)

第八百三十条　無償で子に財産を与える第三者が、親権を行う父又は母にこれを管理させない意思を表示したときは、その財産は、父又は母の管理に属しないものとする。

Article 830　(1)　If a third party who grants property to a child gratuitously indicates an intention not to allow a father or mother who exercises parental authority to administer that property, that property shall not be subject to the administration of the father or mother.

2　前項の財産につき父母が共に管理権を有しない場合において、第三者が管理者を指定しなかったときは、家庭裁判所は、子、その親族又は検察官の請求によって、その管理者を選任する。

(2)　If neither parent has the right to administer the property referred to in the preceding paragraph and the third party does not appoint an administrator for that property, the family court may, at the request of a child, any relative of the child or a public prosecutor, appoint an administrator.

3　第三者が管理者を指定したときであっても、その管理者の権限が消滅し、又はこれを改任する必要がある場合において、第三者が更に管理者を指定しないときも、前項と同様とする。

(3)　Even if a third party has appointed an administrator for the property, the preceding paragraph shall apply if the right of that administrator is extinguished or the replacement of that administrator is required, and the third party does not appoint another administrator.

4　第二十七条から第二十九条までの規定は、前二項の場合について準用する。

(4)　The provisions of Articles 27 to 29 inclusive shall apply mutatis mutandis to the cases referred to in the preceding two paragraphs.

　　（委任の規定の準用）

(Application Mutatis Mutandis of Mandate Provisions)

第八百三十一条　第六百五十四条及び第六百五十五条の規定は、親権を行う者が子の財産を管理する場合及び前条の場合について準用する。

Article 831　The provisions of Article 654 and Article 655 shall apply mutatis mutandis to the case where a person who exercises parental authority administers the property of a child and the case referred to in the preceding Article.

　　（財産の管理について生じた親子間の債権の消滅時効）

(Extinctive Prescription of Obligations between Parent and Child That Arise from Administration of Property)

第八百三十二条　親権を行った者とその子との間に財産の管理について生じた債権は、その管理権が消滅した時から五年間これを行使しないときは、時効によって消滅する。

Article 832    (1)    Obligations that arise from the administration of property between a person who exercised parental authority and the child shall be extinguished by prescription if not exercised within five years from the time the right of administration of property is extinguished.

2　子がまだ成年に達しない間に管理権が消滅した場合において子に法定代理人がないときは、前項の期間は、その子が成年に達し、又は後任の法定代理人が就職した時から起算する。

(2)    If the right of administration of property is extinguished while the child has not yet attained the age of majority andthe child has no legal representative, the period in the preceding paragraph shall be calculated from the time the childattains the age of majority or a new legal representative takes office.

（子に代わる親権の行使）

(Exercise of Parental Authority on Behalf of Child)

第八百三十三条　親権を行う者は、その親権に服する子に代わって親権を行う。

Article 833    A person who exercises parental authority with regard to a child shall exercise parental authority in lieu of thatchild regarding that child's child.