## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of August, 2019, the foregoing Affidavit of Japanese Law was electronically filed via CM/ECF and was served via first-class mail, postage prepaid, to:

>Tommy Kwokwing Wong
>612 Cedarday Drive
>Bel Air, Maryland 21015
>
>*Self-represented Respondent*
>
>and
>
>Stephen J. King, Esquire
>Stephen Jennings King, P.A.
>44 North Main Street
>Bel Air, Maryland 21014
>info@stephenjenningsking.com
>
>*Respondent's Maryland State Court Counsel*
>
>>/s/ Leah M. Hauser
>>Stephen J. Cullen, Bar No.: 11838
>>Kelly A. Powers, Bar No.: 28567
>>Leah M. Hauser, Bar No.: 14156
>>Miles & Stockbridge P.C.
>>100 Light Street
>>Baltimore, Maryland 21202
>>(410) 385-3629
>>(410) 385-3709 (fax)
>>scullen@milesstockbridge.com
>>kpowers@milesstockbridge.com
>>lhauser@milesstockbridge.com
>>
>>*Attorneys for Petitioner*