Case 1:19-cv-02396-ELH  Document 5  Filed 08/26/19  Page 1 of 1

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mitsuko Maeda | 1:19-cv-02396-ELH |
| DEFENDANT | TYPE OF PROCESS |
| Tommy Kwokwing Wong | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tommy Kwokwing Wong
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
612 Cedarday Drive, Bel Air, Maryland 21015

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Leah M. Hauser, Attorney for Plaintiff
Miles & Stockbridge P.C.
100 Light Street
Baltimore, MD 21202
410-385-3631
lhauser@milesstockbridge.com

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

See enclosed photograph of Defendant. Telephone number: 443-819-6392. Mr. Wong is a retired US military officer. Can be contacted at his telephone number to arrange service of process.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 410-385-3631
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 037
District to Serve No. 037
Signature of Authorized USMS Deputy or Clerk
Date: 8/21/19

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 8/23/19   Time: 1030  ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 x 4 = $260 | 122 miles x .58 = $70.76  122 miles total | | $330.53 | $164.85 | $165.26 |

REMARKS: Attempt made 8/22/19 2:30pm Note left
Served 8/23/19
2 attempts  4 hours  122 miles  1 car  1 DUSM

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13