**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MITSUKO MAEDA** ) | |
| ) | |
| **Petitioner** ) | |
| ) | |
| v. ) | Case No. 19-cv-02396 ELH |
| ) | |
| **TOMMY KWOKWING WONG** ) | |
| ) | |
| **Respondent** ) | |
| ) | |

**ENTRY OF APPEARANCE**

Dear Clerk,

    Would you please enter the appearance of the undersigned on behalf of the Respondent, Tommy Kwokwing Wong.

    Thank you.

*John J. Condliffe*
_____
John J. Condliffe, Esq.
Levin & Gann, P.A.
502 Washington Avenue, 8th Floor
Towson, MD 21204
410-321-0600
jcondliffe@levingann.com
Federal Bar No. 09010